# Berry Lumber Co. *v.* Garner *et al.*

*Bill in Equity for Sale of Lands for Division among Tenants in Common.*

1. *Bill by tenants in common for sale of lands; when sale properly ordered, notwithstanding failure to make proof that lands could not be equitably divided.*—Where a bill is filed by tenants in common against other co-tenants for the purpose of having the lands sold, and the proceeds divided among the tenants, and it is averred in the bill that said "lands cannot be equitably divided among the tenants in common aforesaid, without a sale thereof," and in their answers the defendants fail to deny this averment in said bill, the fact that there was no evidence introduced that the lands could not be equitably partitioned, does not make a decree ordering the sale erroneous, if complainant is otherwise shown to be entitled to such relief; since the failure on the part of the defendants to deny such averment of the bill was an admission of the truth of that averment in said bill, the fact that there was no evidence introduced that the lands could not be equitably partitioned, does not make a decree ordering the sale erroneous, if complainant is otherwise shown to be entitled to such relief;

VOL. 142.

since the failure on the part of the defendants to deny such
averment of the bill was an admission of the truth of that
averment, dispensing with the necessity for evidence.

APPEAL from the Chancery Court of Coffee.

Heard before the Hon. W. L. PARKS.

The appeal in this case is prosecuted from a decree
granting the relief prayed by the complainants in a bill
filed for the purpose of having lands sold, and the pro-
ceeds divided between the complainants and respondent,
who were tenants in common of said lands.

The facts of the case are sufficiently stated in the opin-
ion.

MULKEY & CARMICHAEL, for appellants.—Cited. Code
1896, § 3181; *Mitchell v. Mitchell,* 101 Ala. 183; *Keoton
v. Terry,* 93 Ala. 84; *McEvoy v. Leonard,* 89 Ala. 457.

No counsel marked for appellee.

McCLELLAN, C. J.—This bill is filed by Minnie Gar-
ner and others against the Berry Lumber Company.  It
avers that complainants and respondents are tenants in
common in certain lands, and sets forth the interest of
each party.  It is further averred that the respondent is
in possession of the land and has been for some years,
and this is admitted by the answer.  And the further
averment is made that said "lands cannot be equitably
divided among the tenants in common aforesaid without
a sale thereof."  The prayer is for a sale of the land,
and for a division of the proceeds among the tenants;
and this relief was decreed.  The only point made here
against the decree is that there was no evidence that the
lands could not be equitably partitioned.  There was no
evidence on this point.  But the answer failed to deny the
averment to this effect in the bill.  If the lands were sus-
ceptible of equitable partition, the fact was within the
knowledge of the respondent.  Its failure to deny the
averment of the bill to the contrary was an admission
of the truth of that averment dispensing with the neces-
sity for evidence.—*Grady et al. v. Robinson,* 28 Ala. 289;

*Smilie v. Silers' Admr.*, 35 Ala. 88; *Moog et ux v. Borrow et al.*, 101 Ala. 209.
Affirmed.

TYSON, SIMPSON and ANDERSON, J.J,, concurring.